**Dismissed and Memorandum Opinion filed July 17, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00381-CV

---

**HAWAH FAHNBULLEH, Appellant**

**V.**

**CITY OF HOUSTON, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 934450**

---

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed December 16, 2011. A timely motion for new trial was filed December 19, 2011. Appellant's notice of appeal was filed April 19, 2011.

When appellant has filed a timely motion for new trial, the notice of appeal must be filed within ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellant's notice of appeal was therefore due March 15, 2012.

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the fifteen-day grace period provided by Texas Rule of Appellate Procedure 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). The grace period expired on March 30, 2012. Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3.

On June 12, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, McCally, and Busby.